# UNITED STATES DISTRICT COURT
## District of Minnesota

Wells Fargo Bank, N.A.

                Plaintiffs,

v.

Intercontinental Capital Group, Inc.

                Defendants.

**CLERK'S ENTRY OF DEFAULT**

Case Number:  22-cv-03227-JRT-JFD

It appearing that defendant(s) Intercontinental Capital Group, Inc. is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiffs, Wells Fargo Bank, N.A.

    DEFAULT IS HEREBY ENTERED against Intercontinental Capital Group, Inc.

                                                  KATE M. FOGARTY, CLERK

Date: 2/14/2023