# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Wells Fargo Bank, N.A.,

      Plaintiff,

vs.

Intercontinental Capital Group, Inc.

      Defendant.

Civil Case No. 0:22-cv-3227 (JRT/JFD)

**ORDER**

This matter came on before the undersigned Judge of the U.S. District Court for the District of Minnesota upon the parties' Stipulation and Application to Set Aside Default Judgment and For Extension of Time to Answer the Complaint until April 15, 2023 (Dkt. No. 15).

Based upon all of the facts, files and records herein, the court hereby approves the parties' Stipulation and Application and grants the answering defendant an extension to serve and file an answer or otherwise plead in accordance with applicable federal rules of civil procedure in response to the Complaint until April 15, 2023, in accordance with the terms of the Application.

**BY THE COURT:**

Dated: March 6, 2023

    *s/ John F. Docherty*
    JOHN F. DOCHERTY
    United States Magistrate Judge